**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION- COLUMBUS**

| | | |
|---|---|---|
| CHRISTOPHER LOCKHART<br>108 Leisure Drive<br>Pickerington, OH 43147 | )<br>)<br>)<br>) | |
| Plaintiff, | ) | No. 2:10-cv-630 |
| vs. | )<br>) | |
| | ) | **NOTICE OF SETTLEMENT** |
| ACCOUNTS RECEIVABLE<br>MANAGEMENT<br>1125 Kelly Johnson Boulevard suite 302<br>Colorado Springs, CO 80920 | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, CHRISTOPHER LOCKHART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: September 10, 2010    KROHN & MOSS, LTD.


By: /s/ Peter Cozmyk  _

Peter Cozmyk
Attorney for Plaintiff

- 1 -