UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION- COLUMBUS

| | | |
|---|---|---|
| CHRISTOPHER LOCKHART ) | | |
| 108 Leisure Drive ) | | |
| Pickerington, OH 43147 ) | | |
| ) | | |
| Plaintiff, ) | No. 10-cv-00630 | |
| ) | | |
| vs. ) | VOLUNTARY DISMISSAL | |
| ) | | |
| ACCOUNTS RECEIVABLE ) | | |
| MANAGEMENT ) | | |
| 1125 Kelly Johnson Boulevard suite 302 ) | | |
| Colorado Springs, CO 80920 ) | | |
| ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF VOLUNTARY DISMISSAL

CHRISTOPHER LOCKHART (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ACCOUNTS RECEIVABLE MANAGEMENT (Defendant), in this case.

DATED:  November 2, 2010　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　By:___/s/ Peter Cozmyk_____
　　　　　　　　　　　　　　　　　　　　　　Peter Cozmyk,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 ext. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com